# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2664

_____

Scott Burnett; Ryan Hendrickson; Jerod Breit; Scott Trupiano; Jeremy Keel; Frances Harvey; Hollee Ellis

Plaintiffs - Appellees

Shelly Dreyer

Plaintiff

Rhonda Burnett

Plaintiff - Appellee

v.

National Association of Realtors

Defendant

HomeServices of America

Defendant - Appellant

Keller Williams Realty, Inc.; Realogy Holdings Corp.

Defendants

BHH Affiliates, LLC; HSF Affiliates, LLC

Defendants - Appellants

RE/MAX LLC

Defendant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:19-cv-00332-SRB)

_____

## JUDGMENT

Before SMITH, Chief Judge, MELLOY, and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 02, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans